AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

| | |
|---|---|
| Brian Austin Taylor | ) |
| *Plaintiff* | ) |
| v. | ) |
| H. Lee, H. Stanley, R. Brown, K. Jones, Dr. Patotto | ) |
| *Defendant* | ) |

Civil Action No.    9:20-cv-01688-RMG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff, Brian Austin Taylor, shall take nothing of Defendants, H. Lee, H. Stanley, R. Brown, K. Jones and Dr. Patotto, as to the complaint filed pursuant to 42 U.S.C. § 1983 this action is dismissed for lack of prosecution.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M Gergel, United States District Judge, presiding.  The Court having adopted the Report and Recommendation set forth by the Honorable Molly H Cherry, United States Magistrate Judge.

Date:   October 19, 2020

*ROBIN L. BLUME, CLERK OF COURT*

s/C. Pegram-Conner
_____
*Signature of Clerk or Deputy Clerk*